NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LANCE MICHAEL MACK,                    )
                                       )
              Appellant,               )
                                       )
v.                                     )        Case No. 2D19-2252
                                       )
STATE OF FLORIDA,                      )
                                       )
              Appellee.                )
_____)

Opinion filed September 2, 2020.

Appeal from the Circuit Court for Polk
County; Larry Helms, Judge.

Howard L. Dimmig, II, Public Defender
and Julius J. Aulisio, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


              Affirmed.


KHOUZAM, C.J., NORTHCUTT, and KELLY, JJ., Concur.